UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAI-LYN EARVIN, a minor, by her mother
and next friend, LASHONDA CRAWFORD,
and LASHONDA CRAWFORD,
individually,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 06-cv-969-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of

dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with
prejudice.

**NORBERT JAWORSKI, CLERK**

**Dated: December 11, 2007**

**s/Brenda K. Lowe**
**Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**